J. E. BERNARD & CO., INC. (CAPPER & CAPPER, LTD.), ET AL. *v.* UNITED STATES

No. 6903.—Invoices dated Edinburgh, Scotland, December 1942, etc.
Certified December 1942, etc.
Entered at Chicago, Ill., January 5, 1943, etc.
Entry No. 1635, etc.

(Decided February 20, 1947)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

JOSEPH HORNE CO. *v.* UNITED STATES

No. 6904.—Invoices dated London, England, April 1945, etc.
Certified April 1945, etc.
Entered at Pittsburgh, Pa., May 15, 1945, etc.
Entry No. 710, etc.

(Decided February 20, 1947)

*Jerome G. Clifford,* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended by the Administrative Act of 1938, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the unit invoice prices, less 2½ per centum, plus invoiced cost of packing, in reappraisement 157881–A; the invoiced unit prices, less 3 per centum, plus 25 per centum, packed, in reappraisements 159697–A and 160367–A; and the invoiced unit prices of items 2054 and 2055, less 2 per centum, plus pro rata share of cost of packing, in reappraisement 159696–A. Insofar as the appeals relate to all other merchandise they are hereby dismissed.
Judgment will be rendered accordingly.